UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDY DERRICK,<br><br>                Plaintiff,<br>    v.<br><br>STATE OF WASHINGTON et al.,<br><br>                Defendants. | CASE NO. 2:23-cv-01161-LK<br><br>ORDER OF DISMISSAL |

      This matter comes before the Court sua sponte. On May 9, 2024, the Court dismissed pro se Plaintiff Randy Derrick's complaint and granted him leave to file an amended complaint against some of the Defendants by June 10, 2024. Dkt. No. 47 at 13–14. The Court cautioned Mr. Derrick that if he did not file a timely amended complaint, the Court would close the case. *Id.* at 14.

      Because Mr. Derrick has not filed an amended complaint or any request for extension, the Court now DISMISSES this case without prejudice.

//

//

ORDER OF DISMISSAL - 1

The Clerk is directed to close this case and send uncertified copies of this Order to Mr. Derrick at his last known address.

Dated this 28th day of August, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 2